| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | |
| 5 | BENJAMIN P. TOLKOFF (NYB 4294443)<br>Assistant United States Attorney |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California  94102<br>Telephone:    (415) 436-7296 |
| 8 | Facsimile:     (415) 436-7234<br>Benjamin.Tolkoff@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0329 CRB |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| PEDRO CAVICH-CHACON,<br>a/k/a ANGEL CASTILLO-GUTIERREZ, | ) ) ) | |
| Defendant. | ) ) ) | |

On April 27, 2010, the parties in this case appeared before the Court for a detention hearing. The defendant waived detention and findings without prejudice and the matter was set for initial appearance before the district court on May 5, 2010.  The parties requested and the Court ordered that the time between April 27 and May 5 be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel.

STIP. & [PROPOSED] ORDER EXCL. TIME
CAVICH-CHACON; CR 10-0329 CRB                                                                                               1

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: May 11, 2010                     /s/
                                  BENJAMIN P. TOLKOFF
                                  Assistant United States Attorney

DATED: May 11, 2010                     /s/
                                  JODI LINKER
                                  Attorney for PEDRO CAVICH-CHACON,
                                  a/k/a ANGEL CASTILLO-GUITERREZ

For the reasons stated above, the Court finds that the exclusion of time between April 27 and May 5, 2010, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 13/May/10                          _____
                                              HONORABLE BERNARD ZIMMERMAN
                                              United States Magistrate Judge